### L. O. STEED v. THE STATE.

No. 10295.   Delivered June 23, 1926.

**Forgery—Requested Charge—Properly Refused.**

Where appellant complains of the refusal of the court to give his requested charge to acquit him, and the record before us contains no statement of facts, the sufficiency of the evidence must be presumed, and in that condition the judgment herein is affirmed.

Appeal from the District Court of Bowie County.   Tried below before the Hon. Hugh Carney, Judge.

Appeal from a conviction for forgery, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery, punishment fixed at confinement in the penitentiary for a period of two years.

No statement of facts accompanies the record. There are four bills of exceptions. In one complaint is made of the failure to instruct the jury that the evidence was insufficient to sustain the conviction. The others relate to the introduction of the evidence.

In the absence of a statement of facts the sufficiency of the evidence must be presumed. Nothing appears in the bills of exceptions which enables us to determine, in the absence of the facts, that error was committed in any of the rulings of which complaint is made.

The judgment is affirmed.

*Affirmed.*